UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IRENE EGER,

        Plaintiff,

vs.

CIGNA LIFE INSURANCE COMPANY
OF NEW YORK,

A Foreign Corporation

        Defendant.

_____/

Case No.: 2:20-CV-00191-SPC-MRM

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Irene Eger

    b. New York Community Bancorp

    c. Cigna Life Insurance Company of New York

    d. Coffman Law

    e. William S. Coffman, Jr., Esq.

    f. Hinshaw & Culbertson LLP

    g. Steven D. Lehner, Esq.

Case No. 2:20-CV-00191-SPC-MRM

Cigna Life Insurance Company of New York is a wholly-owned subsidiary of Connecticut General Corporation which is a wholly-owned subsidiary of Cigna Holdings, Inc. which is a wholly-owned subsidiary of Cigna Holding Company which is a wholly-owned subsidiary of Cigna Corporation, a publicly traded company.

2.      the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None that Defendant is aware of.

3.      the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not Applicable.

4.      the name of each victim (individual and corporate), of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The Plaintiff, Irene Eger, claims wrongful denial of long term disability benefits.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 27, 2020

*CERTIFICATE OF SERVICE IS ON NEXT PAGE*

Case No. 2:20-CV-00191-SPC-MRM

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William S. Coffman, Jr. Esquire
COFFMAN LAW
15436 N. Florida Ave.
Suite 103
Tampa, FL  33613
Telephone: (813) 935-7030
Facsimile:  (813) 935-7277
erisa@benefitsdenied.com

*s/ Steven D. Lehner*
Steven D. Lehner
Florida Bar No. 39373
slehner@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Attorneys for Defendant, CIGNA LIFE INSURANCE COMPANY OF NEW YORK, A Foreign Corporation